**LOCKE LORD LLP**
Kelly S. Biggins (SBN 252515)
kbiggins@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500

Julie L. Young (admitted *pro hac vice*)
jyoung@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0254

Counsel for Plaintiffs
ZURICH AMERICAN INSURANCE COMPANY and
AMERICAN ZURICH INSURANCE COMPANY

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN ZURICH INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> WBI, INC. d/b/a WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES, AVI WAZANA, and YOEL WAZANA, <br><br> Defendants. | CASE NO. 2:16-cv-9394 PA (KSx) <br><br> Hon. Percy Anderson <br><br> **ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT, WITH PREJUDICE** |

ORDER

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

The Court, having considered the Joint Stipulation and Request for Dismissal of Complaint, with Prejudice, filed by Plaintiffs Zurich American Insurance Company and American Zurich Insurance Company (collectively "Zurich") and Defendants WBI, Inc. d/b/a Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises, Avi Wazana, and Yoel Wazana (collectively "Defendants"), to dismiss in its entirety and with prejudice the parties and claims in the above-captioned action, and good cause appearing therefore, hereby orders as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), (a)(1)(A)(ii), and (a)(2), the complaint filed in the captioned action by Zurich against Defendants be and hereby is dismissed with prejudice; and

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party.

**IT IS SO ORDERED.**

Dated: May 8, 2017 _____

Hon. Percy Anderson
United States District Court Judge